# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK & CONSTANCE LEE CORPORATION d/b/a. GREAT RIVER FOOD, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIM SENG COMPANY, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 05-3635 GPS (JTLx)<br><br>**JUDGMENT ENTERING PERMANENT INJUNCTION** |

On June 29, 2006, a jury found Defendant Kim Seng Company infringed on the QUE HUONG trademark, registration No. 2046157, owned by Plaintiff Derek & Constance Lee Corporation d/b/a Great River Food. As a result of this finding, the Court **GRANTS** Plaintiff's request for a permanent injunction under the following terms.

(1) Defendant, its officers, agents, servants, employees, successors and assigns are hereby enjoined from using the QUE HUONG mark in connection with the sale, offering for sale, distribution or advertising of Asian style foods in the United States.

(2) Defendant may use its OLD MAN QUE HUONG BRAND mark, registration No. 2311982, but only in conjunction with a graphic of a walking bearded farmer.

(3) Defendant shall have a period of six (6) months from the entry date of this Order to sell off its remaining inventory of the goods that bear a trademark QUE HUONG. During this period, Defendant shall not order new inventory using this trademark.

(4) If Plaintiff believes Defendant is in violation of this injunction, it shall give notice

        to Defendant and 30 days to cure any perceived violations before bringing a Motion.

(5) Within 90 days of this Order, Plaintiff may inspect Defendant's warehouses only to the extent necessary to determine compliance with this Order. Plaintiff may inspect at 30-day intervals. After 180 days from the entry of this Order, Defendant shall destroy all remaining inventory and Plaintiff may not further inspect except to determine whether Defendant has cured a claimed violation within a reasonable 30-day cure period. Plaintiff may not use any information it obtains through inspection for a competitive purpose.

(6) After 180 days from the entry of this Order, Defendant shall file and serve a report in writing, under oath, setting forth (i) the inventory of QUE HUONG branded product on hand as of the date of the Order; (ii) the amounts of inventory destroyed; and (iii) the method of destruction.

(7) Plaintiff to recover reasonable costs of suit.

DATED: 3/10/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE