```
                     UNITED STATES DISTRICT COURT              P-Send
                    CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
                         CIVIL MINUTES - GENERAL
```

Case No.   <u>CV 05-3635 GPS(JTLx)</u>              Date: <u>March 25, 2008</u>

Title:   <u>*Derek & Constance Lee Corporation v. Kim Seng Company*</u>

==================================================================
PRESENT:        <u>THE **HONORABLE GEORGE P. SCHIAVELLI**,    JUDGE</u>

   <u>Jacob Yerke</u>                                <u>Not present</u>
   Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                           Not present

PROCEEDINGS:    NOTICE RE RESCHEDULING HEARING ON MOTION(In Chambers)

    The Court hereby reschedules the hearing on defendant's Motion to Alter or Amend Judgment for **April 14, 2008 at 1:30 p.m.** as counsel incorrectly noticed the motion for a time in which criminal motions are heard.

**IT IS SO ORDERED.**

MINUTES FORM 11                          Initials of Deputy Clerk__JY__
CIVIL - GEN